# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

IO GROUP, INC, a California corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Anteope Media, LLC, an Arizonian Limited Liability Company,

CV 08  4050  PVT

TO: (Name and address of defendant)

Antelope Media
304 East Beth Drive
Phoenix, AZ  85402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gill Sperlein
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 584
San Francisco, CA  94114

legal@titanmedia.com
415-378-2625
fax 415-252-7747

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  AUG 2 5 2008

Helen L. Almacen
(BY) DEPUTY CLERK